# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 17, 2024

**BY ECF**

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jose Mena, Jr.
      24-MAG-4151 (UA)**

**APPLICATION GRANTED**

/s/ Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.

12/18/2024

Dear Duty Magistrate:

Jose Mena, through undersigned counsel, respectfully moves the Court for an order granting him permission to spend Christmas Day and New Year's Day with his family at his aunt's home in Yonkers, New York. Specifically, Mr. Mena requests permission to be at his aunt's home between the hours of 3pm and 10pm on December 25, 2024 and on January 1, 2025. Currently, Mr. Mena is on home detention.

Undersigned counsel has conferred with both pretrial services and the government about this request. Pretrial services has a policy to object to any such requests for individuals on home detention, but notes that Mr. Mena has been in compliance with the terms of his supervision. The government, on the other hand, has no objection to the request. Accordingly, Mr. Mena asks the Court to grant him permission to spend Christmas Day and New Year's Day at his aunt's home between the hours of 3pm and 10pm.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791